962 So.2d 363 (2007)
OSCAR G. DE PINERES, PE, Appellant,
v.
FLORIDA ENGINEERS MANAGEMENT CORPORATION, et al., Appellee.
No. 5D06-1466.
District Court of Appeal of Florida, Fifth District.
July 24, 2007.
Oscar G. De Pineres, Auburn, pro se.
Patrick F. Creehan and John J. Rimes, III, Tallahassee, for Appellee.
PER CURIAM.
See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla.1979). AFFIRMED.
PALMER, C.J., THOMPSON and SAWAYA, JJ., concur.